UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,

    Plaintiff/Counter-Defendant,

v.                                       CASE NO: 8:17-cv-02106-SDM-CPT

RICHARD MCKENZIE & SONS, INC.
and HERMANNS REAL ESTATE
VENTURES, LLC,

    Defendants/Counter-Plaintiffs.
_____/

## **SATISFACTION OF JUDGMENT FOR APPELLATE COSTS**

A judgment for appellate costs was entered on August 26, 2021 and filed on September 24, 2021, in favor of TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, against RICHARD MCKENZIE & SONS, INC. and HERMANNS REAL ESTATE VENTURES, LLC.  Full and compete satisfaction of said judgment is acknowledged, and the Clerk of Court is authorized and directed to make an entry of the full and complete satisfaction on the docket.

                                                    Respectfully submitted,

/s/AARON WARREN
**SINA BAHADORAN**
Florida Bar No. 523364
sina.bahadoran@clydeco.us
**AARON L. WARREN**
Florida Bar No. 96162
aaron.warren@clydeco.us

Clyde & Co US LLP
1221 Brickell Avenue
Suite 1600
Miami, Florida 33131
T: 305.446.2646

## CERTIFICATE OF SERVICE

I CERTIFY that on November 16, 2021, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

/s/AARON WARREN
**AARON WARREN**